IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY MINH TRIHN, | ) | 1:06-cv-0989-OWW WMW HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING |
| | ) | FINDINGS AND |
| vs. | ) | RECOMMENDATIONS RE |
| | ) | MOTION TO DISMISS |
| | ) | PETITION FOR WRIT OF |
| BUREAU OF PRISONS, et al., | ) | HABEAS CORPUS |
| | ) | |
| Respondent. | ) | [Doc. 4, 5] |
| | ) | |
| _____ | ) | |

    Petitioner, a federal prisoner proceeding pro se, has filed an application for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pending before the court is Respondent's motion to dismiss.

    On April 17, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the

parties that any objections to the findings and recommendations were to be filed within thirty days.  Petitioner did not file objections.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on April 17,  2007, are a adopted in full;

2.  Respondent's motion to dismiss is GRANTED;

3. The Petition for Writ of Habeas Corpus is DISMISSED;

4.  The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.   IT IS SO ORDERED.

**Dated:   June 7, 2007**                                      /s/ Oliver W. Wanger
                                                                         UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the copy of the findings and recommendations served on Petitioner was returned by the United States Postal Service.  Pursuant to Local Rule 83-182(f), service on a party at their address of record is fully effective.

2